


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:16MJ 64 |
| | ) | 1:16-PO-406 |
| v. | ) | CLASS A MISDEMEANOR |
| | ) | Court Date: Feb. 18, 2016 |
| ALEXANDER CUNNINGHAM | ) | |
| | ) | |

CRIMINAL INFORMATION
(Count 1 CLASS A MISDEMEANOR- R2015413)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 2, 2016, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ALEXANDER CUNNINGHAM, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844).

(Count 2 - CLASS B PETTY- R2015412)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about February 2, 2016, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ALEXANDER CUNNINGHAM, did knowingly and unlawfully disregard a clearly posted traffic control road sign, to wit: he failed to stop at a clearly posted "stop sign" at the intersection of the Route 27 Access Road and Boundary Channel Drive.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code, Section 830).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: ______________________

Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant at his address of record on the [illegible] day of February, 2016.

Paul A. Embroski
Special ~~Assistant~~ US Attorney