UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

Judge: THERESA CARROLL BUCHANAN

-VS-

Date: 2/18/16  Time: 10:00 Am
Case No. 16mJ64  Hearing: IA
Reporter: FTR GOLD SYSTEM
Clerk: TINA FITZGERALD

__Alexander Cunningham__
DEFENDANT(S)

COUNSEL FOR UNITED STATES: P. Embroski
COUNSEL FOR DEFENDANT: w/o
INTERPRETER: _____  LANGUAGE _____

( X ) DEFT APPEARED (   ) WITH COUNSEL ( X ) WITHOUT COUNSEL
(   ) DEFT FAILED TO APPEAR (   ) WARRANT TO BE ISSUED
( X ) RULE 5 ADVISEMENT                    (   ) PLEA OF GUILTY TO COUNT(S)_____
(   ) COURT TO APPOINT COUNSEL             (   ) COURT ACCEPTS PLEA
( X ) DEFT TO RETAIN COUNSEL               (   ) PLEA OF NOT GUILTY TO COUNT(S)_____
(   ) DEFT FOUND GUILTY / FOUND NOT GUILTY (   ) JURY WAIVED
(   ) COUNT(S) _____ DISMISSED           (   ) CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

MINUTES: Deft. placed on PR Bond w/conditions.

CONDITIONS OF RELEASE:
($     ) UNSECURED ($     ) SECURED ( X ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE ( X ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING
(   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT
(   ) AVOID CONTACT (   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

SENTENCE:
(   ) MONTHS PROBATION (   ) SUP (   ) UNSUP (   ) 3607 (   ) YRS SUP RELEASE
(   ) DAYS JAIL (   ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) (   ) CREDIT
(   ) DAYS HOME DETENTION (   ) TIMEOUTS (   ) ELECTRONIC MONITORING
(   ) SATT (   ) ALCOHOL PROGRAM (   ) ROL (   ) NO DRIVING (   ) INTERLOCK DEVICE
(   ) MENTAL HEALTH TEST/TREAT (   ) BARRED FROM FEDERAL PARKS (   ) HRS. COMMUNITY SERVICE
($     ) FINE ($     ) S.A. ($     ) PROCESSING FEE AS TO COUNT _____
($     ) FINE ($     ) S.A. ($     ) PROCESSING FEE AS TO COUNT _____

NEXT APPEARANCE: 3/3/16  AT 10:00  AM OR PM  JUDGE Pentagon Docket (IDD)
( X ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) SRV (   ) DH (   ) PH (   ) PBV
(   ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) RELEASE ORDER GIVEN TO USMS