UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

vs

Alexander Cunningham
DEFENDANT(S)

JUDGE: Ivan D. Davis
CASE NO.: 1:16mj 64
HEARING: Status
DATE: 3.3.16
TIME: 10AM
REPORTER: FTR GOLD SYSTEM
CLERK: John Williams

COUNSEL FOR UNITED STATES: P. Embroski
COUNSEL FOR DEFENDANT: w/o Atty
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
( ) DEFT. ( ) REMANDED ( ) DETAINED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION

(X) DEFT. CONTINUED ON BOND/PROBATION

CONDITIONS OF RELEASE:
($   ) UNSECURED ($   ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES:
( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

Deft unable to retain counsel. Court to appt FPD

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE: 3/17/16 AT 10:00 (AM) OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) RS
( ) ARRAIGN ( ) INDENT (X) OTHER JUDGE TCB

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS